**Order filed March 26, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00146-CV
_____

## IN THE ESTATE OF ESTANISLADA RODRIGUEZ, DECEASED

**On Appeal from County Court at Law No. 3
Fort Bend County, Texas
Trial Court Cause No. 12-CPR-025070**

# O R D E R

The notice of appeal in this case was filed February 19, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant **Terry Garcia** is ordered to pay the filing fee of $205.00 to the clerk of this court on or before **April 5, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee, the appeal will be dismissed.

PER CURIAM